UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00589-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RICHARD BARELA,

      Defendant.

---

## ORDER AND NOTICE OF HEARING

---

**IT IS HEREBY ORDERED** that a hearing on violation of supervised release will be held on **January 19, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 19th day of December, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge