# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  03-cr-00589-MSK-01 |
| | USM Number:  25324-044 |
| RICHARD BARELA <br> a/k/a/ "Maury" <br> a/k/a/ "Motown" | Peter Menges, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, and 3, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Comply With the Rules of the Community Corrections Center | 08/31/06 |
| 2 | Possession and Use of a Controlled Substance | 11/08/06 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

November 27, 2006
Date of Imposition of Judgment

s/Marcia S. Krieger
Signature of Judge

Marcia S. Krieger, U.S. District Judge
Name & Title of Judge

December 1, 2006
Date

DEFENDANT: RICHARD BARELA
CASE NUMBER: 03-cr-00589-MSK-01                                            Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Drug Testing | 11/05/06 |

DEFENDANT: RICHARD BARELA
CASE NUMBER: 03-cr-00589-MSK-01                                           Judgment-Page 3 of 3

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months.

      The court orders the Bureau of Prisons to provide a medical evaluation to defendant immediately upon his coming into their custody.  All medical records that defendant has with regard to his back condition and stomach ailment shall be transmitted to the Bureau of Prisons for purposes of advising the medical staff who will perform the assessment so that defendant can be provided with prompt and thorough medical treatment while in the custody of the Bureau of Prisons.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____

DEFENDANT:  RICHARD BARELA
CASE NUMBER:  03-cr-00589-MSK-01                                              Judgment-Page 4 of 3

                                                                                    Deputy United States Marshal

Case 1:03-cr-00589-MSK   Document 53   Filed 12/01/06   USDC Colorado   Page 4 of 4

DEFENDANT:  RICHARD BARELA
CASE NUMBER:  03-cr-00589-MSK-01                                              Judgment-Page 4 of 3